1  KEITH D. CHIDLAW, Bar No. 133604
   SCHUERING ZIMMERMAN & DOYLE, LLP
2  400 University Avenue
   Sacramento, California 95825-6502
3  (916) 567-0400
   FAX: 568-0400
4

5  Attorneys for Defendant NATOMAS UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRASON LEE, | No. 2:13-CV-00181-JAM-EFB |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| NATOMAS UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 144(a), Plaintiff BRASON LEE, by and through his counsel of record, Jay T. Jambeck, and Defendant NATOMAS UNIFIED SCHOOL DISTRICT, by and through his attorney Keith D. Chidlaw of Schuering Zimmerman & Doyle, LLP, stipulate and agree as follows:

The deadline for Defendant to respond to the Complaint, shall be extended for 14 days from May 29, 2013, up to and including June 12, 2013.

Dated: May 23, 2013

**LEIGH LAW GROUP**


By  /s/ Jay T. Jambeck
    JAY T. JAMBECK
    (As authorized on May 24, 2013)
    Attorney for Plaintiff

Dated: May 23, 2013

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER     -1-

1 **SCHUERING ZIMMERMAN & DOYLE, LLP**

3   By   /s/ KEITH D. CHIDLAW
         KEITH D. CHIDLAW
4        Attorneys for Defendant
         NATOMAS UNIFIED SCHOOL DISTRICT

**ORDER**

Pursuant to the joint Stipulation of the parties, and good cause appearing, the request to extend the deadline for Defendant NATOMAS UNIFIED SCHOOL DISTRICT to respond to the Complaint is GRANTED. The deadline for Defendant to respond to the Complaint is hereby extended 14 days from May 29, 2013, up to and including June 12, 2013.

Dated: 5/23/2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE